IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY LEE BRIGMAN,<br><br>Plaintiff,<br><br>v.<br><br>ANDERSON PACIFIC ASSOCIATES, et al., a California limited partnership,<br><br>Defendants. | No. 2:22-CV-1073-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The parties have filed a notice of informal resolution of the pending discovery motion, which they request be taken off-calendar. See ECF No. 16. Pursuant to the parties' notice and request, the hearing set for April 5, 2023, before the undersigned in Redding, California, at 10:00 a.m., on Plaintiff's motion to compel is vacated. The Clerk of the Court is directed to terminate ECF No. 7 as a pending motion.

IT IS SO ORDERED.

Dated: March 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1